UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIMOTHY R. BROWN<br><br>    Plaintiff,<br><br>    v.<br><br>DOUGLAS JERMAINE TURNER, and<br>SMITH PACKAGE, LLC,<br><br>    Defendants. | Case No. 3:22-cv-2295-JPG |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on a stipulation to dismiss with prejudice (Doc. 20 in No. 22-2295). The motion has been signed by plaintiff's counsel and submitted on August 29, 2023.

On January 10, 2023, the Court granted a motion to consolidate *Smith v. Turner and Smith Package, LLC* (Case No. 22-2109-JPG) with *Brown v. Turner and Smith Package, LLC* (Case No. 22-cv-2295-JPG).

On June 15, 2023, the Court granted an additional motion to consolidate *Stewart et al v. Turner et al* (Case No. 23-cv-1538) with *Smith v. Turner and Smith Package, LLC* (Case No. 22-2109-JPG).

Under Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action without a court order if the stipulation of dismissal is signed by all parties who have appeared. Unless otherwise stated, this dismissal is without prejudice.

Here, plaintiffs have submitted a stipulation, signed by all parties, of dismissal with prejudice. Finding that this stipulation complies with Rule 41(a), the Court **FINDS** that these cases is **DISMISSED with prejudice** and **DIRECTS** the Clerk of Court to close the cases.

**IT IS SO ORDERED.**
**DATED:  August 31, 2023**

                                          <u>**/s J. Phil Gilbert**</u>
                                          **J. PHIL GILBERT**
                                          **DISTRICT JUDGE**